**John H. Baechle, appellee, v. E. H. Bauch, appellant. Gen. No. 31,341.**

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and cause remanded. Opinion filed April 6, 1927.

Gustav E. Beerly, for appellant; Dwight A. Pomeroy, of counsel. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Edwin Anderson, appellee, v. W. W. Kimball Company et al., on appeal of Luke Yore Transfer Company, appellant. Gen. No. 31,363.**

Action to recover for damages to automobile from collision with truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. L. P. Harriss, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed with a finding of fact. Opinion filed April 6, 1927.

John A. Bloomingston, for appellant. Philip Rosenthal, for appellee; Stuart B. Krohn, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**James J. Loughlin, appellee, v. Albert L. Mulkey and Alice L. Mulkey, appellants. Gen. No. 31,398.**

Creditor's bill. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927. Rehearing denied and opinion slightly modified May 16, 1927.

Decker & Golden, for appellants; Jacob G. Grossberg, of counsel. Russell S. Clark, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The Pennsylvania Railroad Company, appellant, v. Roberts and Schaefer Company, appellee. Gen. No. 31,469.**

Trespass on the case for negligently damaging plaintiff. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 2, 1927.

Loesch, Scofield, Loesch & Richards, for appellant. Burt A. Crowe and H. L. Howard, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.